| | |
|---|---|
| 2. Article Number | **COMPLETE THIS SECTION ON DELIVERY** |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9849 1050 8164 | A. Received by (Please Print Clearly)    B. Date of Delivery  APR 0 1  C. Signature  ☐ Agent  ☑ Addressee  D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:  Monsanto Company  c/o CSC - Lawyers Incorporating Service  Post Office Box 526036  Sacramenton, CA  95852-6036  Rommie / Davis, Robert E. | |
| PS Form 3811, January 2005    Domestic Return Receipt | |